**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-7831**

---

EDWARD LONNIE MCCARROLL,

                              Plaintiff - Appellant,

    versus

JAMES B. HUNT; FRANKLIN FREEMAN; EDWARD
DEVITO; SHELLY S. HOLT; ERNEST B. FULLWOOD;
WILLIAM J. BONEY, JR.; JOSEPH MCQUEEN, JR.,

                              Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. James C. Fox, Chief District Judge. (CA-95-916-5-F)

---

Submitted: January 18, 1996      Decided: February 8, 1996

---

Before HAMILTON and LUTTIG, Circuit Judges, and CHAPMAN, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Edward Lonnie McCarroll, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>McCarroll v. Hunt</u>, No. CA-95-916-5-F (E.D.N.C. Nov. 2, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>